JAMES P. NEWCOMB v. W. M. WALTON.

VERDICT.—The following verdict was rendered in a suit on a promissory note : "We, the jury, find for the plaintiff, with eight per cent. interest on note from date :" *Held*, that whatever ambiguity may have been in the verdict was remedied by reference to the petition in which the note was set forth in full.

ERROR from Bexar.    Tried below before the Hon. Geo. H. Noonan.

*Newton, Houston & Cocke,* for plaintiffs in error.

*John A. Green,* for defendant in error.

ROBERTS, CHIEF JUSTICE.—This is a suit on a note with an assignment indorsed upon it, and both of which are set out in the petition. The note being drawn in the ordinary form, concluded with the words, " this note bearing interest from date."

The only objection made to the judgment in favor of the plaintiff below for the principal of the note sued on, with eight per cent. interest from the date of the note, is that the verdict is too uncertain to support the judgment.

The verdict is as follows, to wit: "We, the jury, find for the plaintiff, with eight per cent. interest on the note from date."

By reference to the petition, whatever ambiguity there may be in this verdict may be rendered perfectly certain, and on that ground it is sufficient. (Parker *v.* Leman, 10 Tex., 116, 119; Wells *v.* Barnett, 7 Tex., 586.)

AFFIRMED.